IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADA PELT-WASHINGTON,

    Plaintiff,

v.                                        CASE NO. 1:05-cv-00163-MP-AK

FRESENIUS MEDICAL CARE AG,
FMC HOLDINGS INC,
d/b/a BMA STARKE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report of Rule 26(f) Planning Meeting. A telephone conference was held on this matter on Wednesday, December 28, 2005. The court hereby approves all dates and times in the report, and the parties are instructed to abide by all time lines specified therein.

**DONE AND ORDERED** this   *28th* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge