IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADA PELT WASHINGTON,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00163-MP-AK

FRESENIUS MEDICAL CARE AG,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 46, Motion for Extension of Time For Pre-trial Conference, filed by Plaintiff Washington. In her motion, Plaintiff requests a continuance of the pretrial conference currently set for March 8, 2007. Defendant does not object to Plaintiff's motion. Therefore, after considering the matter, the Court grants the motion, and the pretrial conference is hereby rescheduled for Wednesday, April 25, 2007, at 9:30 a.m.

    **DONE AND ORDERED** this __8th__ day of March, 2007

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge